# AFFIDAVIT

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, to-wit:

I, Cory Jarrett, being first duly sworn, do hereby depose and state as follows:

1. I am currently a detective with Charleston Police Department's Special Enforcement Unit ("SEU"). I have been a sworn law enforcement officer in the State of West Virginia for approximately seven years.

2. This affidavit is made in support of a criminal complaint charging SEDRIC COOK ("COOK") with being a prohibited person in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(3) & 924(a)(2). The information set forth in this affidavit is based upon the reports and investigation of other officers, as well as my own personal investigation and observations. This affidavit does not contain each and every fact known to other officers and me but does set forth facts sufficient to establish probable cause for the charged offense.

3. On October 7, 2020, investigators with the SEU, including myself, conducted a traffic stop on a car near the intersection of Patrick Street and 6th Avenue in Charleston, Kanawha County, West Virginia because the car had a cracked windshield and was observed speeding.

4. In addition to the driver, the only other occupant was the front seat passenger, a white male later identified as COOK. The driver provided consent to search the car.

5. COOK was also asked to exit the vehicle so that officers could conduct a search.

6. In conducting the search, officers recovered a Stallard Arms JS-9mm semi-automatic pistol, with a serial number of 079849, in a black backpack found near the front seat passenger floorboard where COOK had been sitting. In addition, officers seized several 9mm rounds from a zip-lock bag located within that same backpack.

7. COOK provided a Mirandized statement to officers in which he stated that he had been using heroin, a Schedule I controlled substance, and methamphetamine, a Schedule II controlled substance, "every day." He also admitted that the aforementioned firearm was his.

Thus, at the time COOK possessed the pistol, he knew he was an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802.

8. After conferring with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I know that the firearm listed above is not manufactured within the state of West Virginia and, therefore, has traveled in interstate commerce.

Further your affiant sayeth naught.

_____
Cory Jarrett, CPD Det.

Sworn to by the affiant telephonically in accordance with the procedures of Rule 4.1 this 21st day of January 2021.

_____
DWANE L. TINSLEY
United States Magistrate Judge